AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Southern_  District of  _New York_

JOHN HOOKS,

V.

**SUMMONS IN A CIVIL ACTION**

ECF

CASE NUMBER:

THE UNITED STATES OF AMERICA,

**08 CIV. 6751**

JUDGE ROBINSON

TO: (Name and address of Defendant)

THE UNITED STATES OF AMERICA
U.S. Attorney's Office
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KEEGAN, KEEGAN, KEEGAN & STRUTT, LLP
81 MAIN STREET
WHITE PLAINS, NY 10601

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                                JUL 2 9 2008

CLERK                                                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 7/29/08 |
| NAME OF SERVER (PRINT)  Jocelyn Keegan | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Mailed by Certified Mail/Return Reciept to: Office of Attorney General, 441 4th Street NW, Suite 1060 N Washington, DC 20001

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/30/08
Date

Signature of Server

White Plains, NY
Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.